## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| **JAMES PRATHER**, | ) | Case No. 2:10-CV-00912-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| **STEPHENS & MICHAELS ASSOCIATES, INC,** | ) ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 31st day of August, 2010.

<u>s/Jon N. Robbins</u>
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 Filed electronically on this 31st day of August, 2010, with:

2

3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system this 31st day of August, 2010 to:

5

6 Jeffrey I. Hasson
Davenport & Hasson, LLP
7 12707 NE. Halsey Street
Portland, OR 97230
8 E-Mail: hasson@dhlaw.biz

9

10 By: s/Jessica DeCandia
      Jessica DeCandia

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com