# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| **JAMES PRATHER**, | ) | Case No. 2:10-CV-00912-JCC |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT** |
| vs. | ) | |
| | ) | |
| **STEPHENS & MICHAELS ASSOCIATES, INC.** | ) | **NOTE ON MOTION CALENDAR: October 8, 2010** |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated this 30th day of September, 2010.

For Plaintiff,                           For Defendant,

  s/ Jon N. Robbins                    s/ Jeffrey I. Hasson
Weisberg & Meyers, LLC            Davenport & Hasson, LLP

1   STIPULATION FOR DISMISSAL

WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1  Filed electronically on this 30th day of September, 2010, with:

2

3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system this 30th day of September, 2010 to:

5

6  Jeffrey I. Hasson
   Davenport & Hasson, LLP
7  12707 NE. Halsey Street
   Portland, OR 97230
8

9

10 By: s/ Tremain Davis
        Tremain Davis

11

12

2   STIPULATION FOR DISMISSAL                    WEISBERG & MEYERS, LLC
                                                3877 N. Deer Lake Rd.
                                                Loon Lake ,WA 99148
                                                509-232-1882
                                                866-565-1327 facsimile
                                                jrobbins@AttorneysForConsumers.com