THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES PRATHER, | Case No. C10-0912-JCC |
| Plaintiff, | ORDER |
| v. | |
| STEPHENS & MICHAELS ASSOCIATES, INC., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulation of dismissal. (Dkt. No. 13.) Now, therefore, it is hereby ORDERD that the above-captioned action is DISMISSED WITH PREJUDICE, each side to bear its own costs.

DATED this 1st day of October, 2010.

*/s/ John C. Coughenour*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1